William S. Hennessey, Appellant, v. Kenneth Rafferty et al., Appellees.

Gen. No. 42,492. 

Heard in the second division, first district, this court at the December term, 1942; opinion filed May 29, 1945; released for publication June 14, 1945. LeRoy V. Penwell, for appellant; Benjamin S. Mesirow, for certain appellees; Julius M. Lorenz, of counsel. Opinion by JUSTICE FRIEND. Not to be published in full.